In the United States District Court

Southern District of Mississippi



Richard Baker, Pro Se

Case No: 3:20-cv-238-TSL-RHW

V.

Sheriff Jacob Sheriff- 211 East Broadway Street, Yazoo City, MS 39194

Sheriff Deputy Terry Gann- 211 East Broadway Street, Yazoo City, MS 39194

## Complaint Under The Civil Right Act, 42 U.S.C. 1983

## Claims

1. On or around January 7, 2020, Yazoo County Sheriff Deputy Terry Gann swore out charging affidavits against me, of possessing contraband while in the Yazoo County Jail. See exhibits 1 attached.

2. On or around January 23, 2020, Yazoo County Justice Court Judge Bennie K. Warrington signed and issued a valid $80,000 bond order for the charges of possessing contraband while in the Yazoo County Jail. See exhibit 2 attached.

3. Since Yazoo County Justice Court Judge Bennie K. Warrington signed and issued a valid $80,000 bond order on January 23, 2020; Yazoo County Sheriff Deputy Terry Gann and Yazoo County Sheriff Jacob Sheriff has repeatedly, on several occasions, refused to let me bond out of the Yazoo County Jail on the valid $80,000 bond order, signed and issued by Yazoo County Justice Court Judge Bennie K. Warrington on January 23, 2020; Without no Judge denying me bond, and without no due process procedure being taken in accordance with Mississippi Rules of Criminal Procedures, Rule 8.6, Revocation of bail.

4. Yazoo County Sheriff Jacob Sheriff and Yazoo County Sheriff Deputy Terry Gann actions of refusing to let me bond out of the Yazoo County Jail is being done in a form of retaliation because of a prior lawsuit that I filed (cause no. 3:18-cv-410-lra) listing them as defendants, in regards of a like claim raised in this complaint.

5. Before filing this lawsuit, I used the Yazoo County grievance process to try resolving the issue raised in this complaint. See exhibits 3 attached.

6. I also made several attempts to bond out of the Yazoo County Jail on the charges of possessing contraband while in the Yazoo County Jail.

7. I also took reasonable measures to notify Yazoo County Sheriff Jacob Sheriff and Yazoo County Sheriff Deputy Terry Gann of the claims raised in this lawsuit. See exhibits 4 attached.

8. No resolution was brought forward to resolve this issue.

9. As for Yazoo County Sheriff Jacob Sheriff and Yazoo County Sheriff Deputy Terry Gann actions, I am currently being deprived of my constitutional rights to bond out of the Yazoo County Jail on a valid $80,000 bond order for the charges of possessing contraband, which is currently causing me to be held in the Yazoo County Jail indefinitely, causing me to experience oppression, anxiety, amongst other things.

## Legal Claims

10. By Yazoo County Sheriff Jacob Sheriff and Sheriff Deputy Terry Gann actions of refusing to let me bond out of the Yazoo County Jail in a form of retaliation, without the required due process of law (Miss Rules of Criminal Procedures, Rule 8.6, Revocation of Bail) being taken; Yazoo County Sheriff Jacob Sheriff and Yazoo County Sheriff Deputy Terry Gann violated and is continuing to violate my First, Fifth, Eighth and Fourteenth amendment constitutional rights.

**Wherefore I pray:**

(All individuals are being sued in their individual and official capacity)

I request that this court order each defendant pay me punitive damages and compensatory damages for their actions.

I also request that this court order any other relief this court deem necessary.

I declare under penalty of perjury that the foregoing is true and correct.


04/02/2020

**Date**

_Richard Baker_

**Richard Baker #206955**

154 Roosevelt Hudson Drive

Yazoo City, MS 39194