# EXHIBITS 1

## INMATE REQUEST FORM

*MTVCRCF Policy #1.004, ACA Standard 4-4016; Policy #8.006, ACA Standard 4-4188; Policy #20.001, ACA Standard 4-4489; Policy # 21.003, ACA Standard 4-4435*

Date: 3/31/2020

Inmate Name: Richard Baker

MDOC #: 206955  Zone: E  Bed: ___

Nature of Request: PLEASE COMPLETE THE ATTACHED CERTIFICATE AND RETURN IT BACK TO ME, AS IT IS NEEDED IN REGARDS OF A '1983 CIVIL ACTION I AM ABOUT TO SUBMIT TO THE COURTS.

___ Warden Shaw
___ Deputy Warden, White, Chaz
___ Case Manager
___ Chief of Security, Session, Ricky
___ County Administrator, Davis, Cassandra
___ Shift Supervisor
___ Chaplain
___ Education
___ Nurse
_X_ Inmate Account/ Canteen
___ Visitation
___ Mail Inspector
___ Food Service

Response: _____

Signature: _____ Title: _____ Date: _____

**STATE OF MISSISSIPPI**
**COUNTY OF YAZOO**

# GENERAL AFFIDAVIT

Before me, __Teresa Luckett D.C.__ a Deputy Justice Court Clerk of said County comes __Terry Gann  SO-3__ to me as a credible person, who upon his/her oath did state and swear or affirm that:

On or about the __7th__ day of __January, 2020,__ in Yazoo County Mississippi and within the jurisdiction of this Court, **Richard Baker**, did willfully unlawfully and feloniously possess contraband, to wit, shank, a deadly weapon. While incarcerated and under the control of the Yazoo County Regional Correctional Facility in violation of Mississippi Code § 47-5-193 (1972), as amended, and against the peace and dignity of the State of Mississippi.

_____  SO-3
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME, this the 7th day of January, 2020.

_____
Justice Court Clerk

STATE OF MISSISSIPPI
COUNTY OF YAZOO

## GENERAL AFFIDAVIT

Before me, __Teresa Luckett D.C.__ a Deputy Justice Court Clerk of said County comes __Terry Gann   SO-3__ to me as a credible person, who upon his/her oath did state and swear or affirm that:

On or about the __7th__ day of __January, 2020,__ in Yazoo County Mississippi and within the jurisdiction of this Court, __Richard Baker__, did willfully unlawfully and feloniously possess contraband, to wit, cell phone. While incarcerated and under the control of the Yazoo County Regional Correctional Facility in violation of Mississippi Code § 47-5-193 (1972), as amended, and against the peace and dignity of the State of Mississippi.

_____ SO-3
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME, this the 7th day of January, 2020.

_____
Justice Court Clerk

1/7/20